

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR KCEP I, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

WRITER'S DIRECT TELEPHONE: (202) 205-7514                    FAX NUMBER: (202) 205-6957

December 22, 2005

Mr. Peter T. Dalleo, Clerk of the Court                VIA UPS 2ND DAY DELIVERY
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

mc 05 260

FILED
DEC 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:    United States of America v. KCEP I, L.P.
       Civil Case No. 05-1132-CV-W-FJG; Judge Fernando J. Gaitan, Jr.

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the Western District of Missouri, Western Division, has taken exclusive jurisdiction of KCEP I, L.P., ("KCEP"), and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of KCEP may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for KCEP, stayed all legal proceedings involving KCEP and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to KCEP are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp filed and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: *[signature]*
Michele L. Pittman
Chief, Corporate Liquidation and Receivership Operations
Office of Liquidation